IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARITZA SEPULVEDA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-cv-01194-N |
| | § | |
| BOOMERJACK'S ADDISON, LLC; and | § | |
| STAFF ONE HR II, INC., | § | |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, through her undersigned counsel, and Defendants, through their undersigned counsel, that the above-captioned action be and is hereby dismissed, with prejudice, including without limitation, all claims which Plaintiff has asserted or could have asserted against Defendants, and with no award of attorneys' fees or costs by the Court to any party.

/s/ Susan E. Hutchison
Susan E. Hutchison
State Bar No. 10354100
hutch@fightsforright.com
HUTCHISON & FOREMAN PLLC
505 Pecan Street, Suite 102
Fort Worth, Texas 76102
PH: (817) 336-5533

**ATTORNEYS FOR PLAINTIFF**

/s/ Talley R. Parker
Talley R. Parker
State Bar No. 24065872
talley.parker@jacksonlewis.com
Ethan J. Davis
State Bar No. 24107748
ethan.davis@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
PH: (214) 520-2400
FX: (214) 520-2008

**ATTORNEYS FOR DEFENDANTS**

**STIPULATION OF DISMISSAL WITH PREJUDICE**                                                                                   **PAGE 1**